IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00077-LTB-01

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     CATHERINE ILEEN SPEAR,

       Defendant.

---

## ORDER

---

The Court having issued an Order Granting Motion for Bond Pending Appeal (Doc 25 - filed July 20, 2006), hereby vacates the order of surrender issued at the sentencing hearing regarding Defendant Spear held July 13, 2006.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      LEWIS T.  BABCOCK, CHIEF JUDGE

DATED: July 24, 2006